**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

NATHANIEL BONILLA,
    *Plaintiff*,

    v.

AMAZON.COM SERVICES, LLC,
    *Defendant*.

No. 3:22-cv-00034 (VAB)

**SCHEDULING ORDER**

The Court adopts the following schedule for pre-trial deadlines based on a review of the

parties' Rule 26(f) report, the Court's preferences with respect to scheduling, and the Court's

current calendar:

- Plaintiff shall file motions to join additional parties by **February 25, 2022**.

- Plaintiff shall file motions to amend the pleadings by **February 25, 2022**.

- Initial disclosures shall be due by **March 8, 2022**.

- Defendant shall file motions to join additional parties by **March 25, 2022**.

- Defendant shall respond to any amended complaint by **March 25, 2022**.

- Plaintiff shall designate all trial experts and provide opposing counsel with reports
  from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) on any issues on which
  Plaintiff bears the burden of proof by **July 15, 2022**.

- Defendant shall designate all trial experts and provide opposing counsel with reports
  from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by **September 2, 2022**.

- Depositions shall be completed by **December 2, 2022**.

- All discovery shall be completed by **December 2, 2022**.

- If, after the close of discovery, the parties wish to meet with a Magistrate Judge to
  discuss settlement, the parties may jointly file such a request by **December 9, 2022**.

- Summary judgment motions shall be filed by **February 10, 2023**.

- Any party with a claim or counterclaim for damages shall provide a damage analysis by **February 17, 2023**.

- The Joint Trial Memorandum shall be due by **March 3, 2023** or, if dispositive motions are filed, **thirty (30) days** after the Court's ruling on those motions.

- Trial ready date will be **April 7, 2023** or **thirty (30) days** after the filing of the parties' joint trial memorandum, whichever is later.

**SO ORDERED** at Bridgeport, Connecticut, this 18th day of February, 2022.

   /s/ Victor A. Bolden
Victor A. Bolden
United States District Judge