UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NATHANIEL BONILLA,<br><br>        Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES,<br><br>        Defendant. | CIVIL ACTION NO. 3:22-cv-00034-VAB<br><br><br><br>June 6, 2022 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, by and through their respective counsel of record, hereby stipulate to the dismissal of all claims asserted and that could have been asserted in Plaintiff's Complaint, with prejudice, without fees or costs to any party, and with all rights of appeal waived.

Respectfully & jointly submitted,

| **PLAINTIFF**<br>**NATHANIEL BONILLA,** | **DEFENDANT**<br>**AMAZON.COM SERVICES LLC,** |
|---|---|
| By his attorneys, | By its attorneys, |
| */s/ Emanuele R. Cicchiello*<br>Emanuele R. Cicchiello (ct27118)<br>manny@cicchielloesq.com<br>Cicchiello & Cicchiello, LLP<br>364 Franklin Avenue<br>Hartford, CT 06114<br>Telephone:    860-296-3457<br>Facsimile:    860-296-0676 | */s/ Daniel B. Klein*<br>Daniel B. Klein (ct18934)<br>dklein@seyfarth.com<br>SEYFARTH SHAW LLP<br>Seaport East<br>Two Seaport Lane, Suite 1200<br>Boston, MA 02210-2028<br>Telephone:    617-946-4800<br>Facsimile:    617-946-4801 |

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2022, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Daniel B. Klein*
Daniel B. Klein